McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:19-MC-00070-GEB-CKD |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $6,855.00 IN U.S. CURRENCY, and | |
| APPROXIMATELY $1,006.00 IN U.S. CURRENCY, | |
| Defendants. | |

It is hereby stipulated by and between the United States of America and potential claimant Johnnie Earl Ross ("claimant"), by and through their respective counsel, as follows:

1. On or about January 31, 2019, claimant filed a claim in the administrative forfeiture proceeding with the Federal Bureau of Investigation with respect to the Approximately $6,855.00 in U.S. Currency and Approximately $1,006.00 in U.S. Currency (hereafter "defendant currency"), which were seized on November 7, 2018.

2. The Federal Bureau of Investigation has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

1
Stipulation and Order to Extend Time

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was May 1, 2019.

4. The parties stipulate that the Federal Public Defenders appointment in *U.S. v. Johnnie Earl Ross*, 2:18-CR-00229-GEB be expanded to cover this miscellaneous civil case that resulted from the same arrest forming the basis for the federal criminal case.

5. By Stipulation and Order filed May 1, 2019, the parties stipulated to extend to July 30, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6. By Stipulation and Order filed August 14, 2019, the parties stipulated to extend to September 27, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7. By Stipulation and Order filed September 20, 2019, the parties stipulated to extend to November 26, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

8. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to December 26, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

///

//

///

///

9. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to December 26, 2019.

Dated: 11/25/19

McGREGOR W. SCOTT
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 11/25/19

/s/ Douglas J. Beevers
DOUGLAS J. BEEVERS
Attorney for potential claimant
Johnnie Earl Ross

(Signature authorized by email)

**IT IS SO ORDERED**.

Dated: November 26, 2019

GARLAND E. BURRELL, JR.
Senior United States District Judge